**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAMES CERECERES**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **JAMES CERECERES**,  Defendant, | Crim. S 07-513 GEB  (AMENDED) **STIPULATION CONTINUING STATUS CONFERENCE AND ORDER THEREON**  (Status Continued to 1/18/08 @ 9:00) |

It is hereby stipulated between counsel for the defendant and the government that the Status conference presently scheduled for December 14, 2007 may be continued until January 18, 2008 at 9:00 a.m. Counsel for the defendant is new to the case and needs the time until the proposed new date for review of the file and to discuss the matter with the defendant.

It is further stipulated that the time between December 14, 2007 and January 18, 2008 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(ii) (Local Code T-2) and 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated: December 13, 2007                    Dated: December 13, 2007

/ s / Steven D. Bauer                       / s / Michael Beckwith

**STEVEN D. BAUER**                          **MICHAEL BECKWITH**
Attorney for Defendant                       Assistant United States Attorney

1
**IT IS SO ORDERED**

2

3  Dated:  December 14, 2007

4

5  _____
   GARLAND E. BURRELL, JR.
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28