**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAMES CERECERES**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                             )<br>              Plaintiff,            )<br>                                             )<br>        v.                               )<br>                                             )<br> JAMES CERECERES,          )<br>                                             )<br>              Defendant,         )<br>_____ ) | Crim. S 07-513 GEB<br><br>**STIPULATION**<br>**CONTINUING STATUS**<br>**CONFERENCE**<br>**AND ORDER THEREON**<br><br>(Status Continued to 3/28/08 @ 9:00) |

It is hereby stipulated between counsel for the defendant and the government that the Status conference presently scheduled for March 21, 2008 may be continued until March 28, 2008 at 9:00 a.m. A tentative agreement has been reached in this matter and a draft plea agreement has been prepared. That agreement needs to be reviewed by the defendant.

It is further stipulated that the time between March 21, 2008 and March 28, 2008 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated: March 20, 2008                                           Dated: March 20, 2008

/ s / Steven D. Bauer                                              / s / Michael Beckwith

**STEVEN D. BAUER**                                          **MICHAEL BECKWITH**
Attorney for Defendant                                          Assistant United States Attorney

(Order on Following Page)

1  For Good Cause Appearing
   **IT IS SO ORDERED**

2

3  Dated:  March 20, 2008

4

5  _____
   GARLAND E. BURRELL, JR.
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28