**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAMES CERECERES**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>JAMES CERECERES,  )<br>  )<br>           Defendant,  )<br>_____ ) | Crim. S 07-513 GEB<br><br>**STIPULATION CONTINUING DATE FOR SENTENCING AND ORDER THEREON**<br><br>(Sentencing Continued 10/24/08 @ 9:00) |

It is hereby stipulated between counsel for the defendant and the government that the sentencing hearing presently scheduled for October 10, 2008 may be continued until October 24, 2008 at 9:00 a.m. New information has come to light that may effect the government's recommendation relative to defendant's cooperation. The defendant having already pled there are no issues regarding exclusion of time.

Dated: October 9, 2008                                   Dated: October 9, 2008

/ s / Steven D. Bauer                                        / s / Michael Beckwith

**STEVEN D. BAUER**                                  **MICHAEL BECKWITH**
Attorney for Defendant                                 Assistant United States Attorney

(Order on Following Page)

1  For Good Cause Appearing
   **IT IS SO ORDERED**

2

3  Dated: October 9, 2008

4

5  _____
   GARLAND E. BURRELL, JR.
6  United States District Judge