**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAMES CERECERES**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>JAMES CERECERES, 　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant, 　　　　　　)<br>────────────────── ) | Crim. S 07-513 GEB<br><br>**STIPULATION CONTINUING DATE FOR SENTENCING AND ORDER THEREON**<br><br>(Sentencing Continued 11/7/08 @ 9:00) |

　　　It is hereby stipulated between counsel for the defendant and the government that the sentencing hearing presently scheduled for October 24, 2008 may be continued until November 7, 2008 at 9:00 a.m. New information has come to light that may effect the government's recommendation relative to defendant's cooperation. The defendant having already pled there are no issues regarding exclusion of time.

Dated: October 23, 2008　　　　　　　　　　　　Dated: October 23, 2008

/ s / Steven D. Bauer　　　　　　　　　　　　　　/ s / Michael Beckwith

**STEVEN D. BAUER**　　　　　　　　　　　　　**MICHAEL BECKWITH**
Attorney for Defendant　　　　　　　　　　　　Assistant United States Attorney

(Order on Following Page)

For Good Cause Appearing
**IT IS SO ORDERED**

Dated:  October 24, 2008

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
United States District Judge